UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARC LPW I LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-00926 |
| | § | |
| KLMKH, INC., | § | |
| | § | |
| Defendant. | § | |

### NOTICE OF SETTING

The parties are hereby notified that a status conference regarding the plaintiff's motion for appointment of receiver, motion for preliminary injunction (Dkt. No. 7) is set for **April 26, 2021 at 8:45 a.m.** and will be handled as a telephone conference. The parties are directed to contact the Court at the number provided in order to participate in the conference call.

Conference number: **713-250-5126**

Conference ID: **45126#**

Conference Password: **13579#**

Date: April 8, 2021                                                NATHAN OCHSNER, CLERK

                                                                          By: C. Horace, Case Manager to
                                                                               Judge Kenneth M. Hoyt