United States District Court
Southern District of Texas
**ENTERED**
April 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARC LPW I LLC, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-00926 |
| | § § | |
| KLMKH, INC., | § § | |
| Defendant. | § | |

## ORDER FOR EXPEDITED RESPONSE

Pending before the Court is the plaintiff's motion for appointment of receiver and preliminary injunctive relief. (Dkt. No. 7). An expedited response is requested, but not required. Upon receipt of notice that an expedited response has been filed, any opposing party who aspires to reply is hereby advised to file any reply thereto within 5 days of the date of filing of any expedited response. Your attention in this regard is requested and appreciated. The response is due no later than April 19, 2021.

It is so ORDERED.

SIGNED on this 8th day of April, 2021.

_____
Kenneth M. Hoyt
United States District Judge